Andrew T. Rodriguez BN7970
Name and Prisoner/Booking Number

Folsom State Prison - MSF 919
Place of Confinement

P.O. Box 715071
Mailing Address

Represa, CA 95671
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# FILED

**JUL 29 2021**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Andrew Thomas Rodriguez          ,
(Full Name of Plaintiff)        Plaintiff,

v.

(1) Sacramento County Sheriff's department
(Full Name of Defendant)

(2) Medical Staff          ,

(3) Scott Jones          ,

(4)          ,
                    Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:21-CV-01332-EFB (PC)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☐ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:

    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

    ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).

    ☐ Other: _____.

2.  Institution/city where violation occurred: Rio Consumnes correction center (The Branch)
    Elk Grove, CA

Revised 3/15/2016                                    1

## B. DEFENDANTS

1.  Name of first Defendant: _Sacramento County Sheriff's dept_ . The first Defendant is employed as:
    _Sheriff_ _____ at _Rio Consumness correction Center (The Branch)_.
    (Position and Title) (Institution)

2.  Name of second Defendant: _medical staff_____ . The second Defendant is employed as:
    _Doctors and Nurses_ ___ at _Rio consumness correction center (the Branch)_.
    (Position and Title) (Institution)

3.  Name of third Defendant: _Scott Jones_____ . The third Defendant is employed as:
    _Sheriff_ _____ at _Rio consumness correction center (The Branch)_
    (Position and Title) (Institution)

4.  Name of fourth Defendant: _____ . The fourth Defendant is employed as:
    _____ at _____ .
    (Position and Title) (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?          ☐ Yes     ☒ No

2.  If yes, how many lawsuits have you filed? _____ . Describe the previous lawsuits:

    a. First prior lawsuit:
       1.  Parties: _____ v. _____
       2.  Court and case number: _____ .
       3.  Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
           _____ .

    b. Second prior lawsuit:
       1.  Parties: _____ v. _____
       2.  Court and case number: _____ .
       3.  Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
           _____ .

    c. Third prior lawsuit:
       1.  Parties: _____ v. _____
       2.  Court and case number: _____ .
       3.  Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
           _____ .

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D.  CAUSE OF ACTION

### CLAIM I

1.  State the constitutional or other federal civil right that was violated: Put my life at risk and forced me to catch covid-19 at their facility.

2.  **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

☐ Basic necessities        ☐ Mail            ☐ Access to the court      ☐ Medical care

☐ Disciplinary proceedings   ☐ Property        ☐ Exercise of religion      ☐ Retaliation

☐ Excessive force by an officer   ☐ Threat to safety   ☒ Other: Put life at risk of death

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

In the month of december 2020 Rio consuemness correction center (The Branch) in Elk Grove (sacramento county) Put me at the risk of dying buy making me catch covid-19 when it could have been avioded.
(1) The sacramento County Sheriff's department and medical staff went against CDC and osha covid-19 guidlines to prevent me from catching covid-19.
The sacramento county Sheriff's department and medical staff Packed (RCCC) 300 Pod to conpacity of 68 inmates. The wasent no social distancing 6ft, (2) They never Provided us with hand sanitzer or face masks.
(3) The sacrament county sheriff and medical never Provided me with anything to disenfect the bathrooms. telephones, tables and bunk area's with. (4) Gave me a home made mask that did not cover my nose or mouth.
(5) Let inmates who were infected handle and Pass me out food knowing they were sick and had symptems of covid-19 So I could get sick.
(6) The Sacramento county Sheriff's department and medical staff were moving infected inmates from Pod to Pod in (RCCC) So every person could get infected.
(7) I filed grievances on the Sacramento County Sheriff's department the would deni

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

I was subjected to catch covid-19 because of medical staff and sacramento County Sheriff's department's non concern for my Life. I cought covid-19 in 2020 because of them both and was deathly sick

5.  **Administrative Remedies:**

a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                    ☒ Yes  ☐ No

b.  Did you submit a request for administrative relief on Claim I?      ☒ Yes  ☐ No

c.  Did you appeal your request for relief on Claim I to the highest level?   ☒ Yes  ☐ No

d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

_____

3

## CLAIM II

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   ☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

4

## CLAIM III

1. State the constitutional or other federal civil right that was violated: _____
_____

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim III?  ☐ Yes  ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?  ☐ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

## E. REQUEST FOR RELIEF

State the relief you are seeking:

I want $50,000,000 million dollars for the Sacramento county Sheriff's department and medical staff putting my life at risk of death of dying from Covid-19, and for having no concern for a human life making me catch Covid-19 in december 2021 instead of releasing me home to handle court proceedings from the safty of my own home.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7-23-2021
DATE

_Andrew Rodriguez_
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

"Supporting facts"

my grievances/Appeals blaming "medical staff". So I filed grievances/Appeals on medical about these issues they would blame "custody" the Sacramento county sheriff's department. So I couldent get relief or even answers on any of my appeals/grievances.

(8) I ask medical staff infront of officers in KBF 300 when they were doing temp checks if what the Sacramento county sheriff's department was doing to me was against the law per CDC and OSHA Standards and he stated yes they were braking the law

(9) I should have been released during this pandemic to handle my court preceedings via Zoom in the safety of my own home just like the judge, DA, and other inmates were