UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW T. RODRIGUEZ,<br><br>                Plaintiff,<br><br>       v.<br><br>SACRAMENTO COUNTY SHERIFF DEPARTMENT, et al.,<br><br>                Defendants. | No. 2:21-cv-1332-EFB P<br><br><br>ORDER |

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis in an action brought under 42 U.S.C. § 1983. On November 9, 2021, the court informed plaintiff that he could proceed with a potentially cognizable claim that defendants Xiong, Hale, Singe, and Lee – all officers at Rio Cosumnes Correctional Center – knowingly allowed COVID-19 positive inmates to serve and handle his food. ECF No. 11. Plaintiff has elected to proceed with those claims. ECF No. 12.

      To effectuate service of the complaint with the assistance of the United States Marshal, plaintiff must return the Notice of Submission of Documents, along with the required documents for service of process on the defendants.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall send plaintiff four USM-285 forms, one summons, an instruction sheet and one copy of the September 30, 2021 amended complaint.
2. Within 30 days from the date of service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court with the completed summons, the USM-285 forms, and five copies of the endorsed complaint.
3. Upon receipt of the necessary materials, the court will direct the United States Marshal to serve defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs. Failure to comply with this order may result in this action being dismissed.

Dated: November 30, 2021.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW T. RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO COUNTY SHERIFF DEPARTMENT, et al.,<br><br>Defendants. | No. 2:21-cv-1332-EFB P<br><br><br><br>ORDER |

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    _1_    completed summons form

    _4_    completed forms USM-285

    _5_    copies of the September 30, 2021 endorsed complaint

DATED:

                                             _____
                                             Plaintiff