UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW T. RODRIGUEZ, | No. 2:21-cv-1332-WBS-EFB |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY SHERIFF DEPARTMENT, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 23, 2022, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.[1]

/////

---

[1] **Error! Main Document Only.** Although the findings and recommendations mailed to plaintiff from the court were returned to the court as "undeliverable, paroled." plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1.  The findings and recommendations filed March 23, 2022, are adopted in full;

    2.  This action is dismissed without prejudice for lack of prosecution; and

    3.  The United States Marshal shall abandon its attempts to effectuate service of process in accordance with the court's January 4, 2022 order (ECF No. 15) and the Clerk of the Court is directed to forward to the United States Marshal a copy of this order.

Dated:  April 21, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE